Karl N. Haws (SBN 121638)
*khaws@mohlaw.com*
**MUNDELL, ODLUM & HAWS LLP**
650 East Hospitality Lane, Suite 470
San Bernardino, CA 92408
Telephone: (909) 890-9500

Lisa Dearden Trépanier (SBN 156302)
*LisaT@trepaniertajima.com*
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
North Hollywood, California 91602
Telephone: (323) 487-1101

Attorneys for Defendants
Corporation of the President of the Church of Jesus Christ of Latter-day Saints and The Church of Jesus Christ of Latter-day Saints

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DK DOE, a minor, by and through her Guardian ad Litem, JARED JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>　　　　Defendants. | Case No. 5:23-cv-02004-SSS (SPx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND REMANDING TO STATE COURT**<br><br>Trial Date:　　　None Set |

Having read and considered the Stipulation to Dismiss Case Without Prejudice and Remand to State Court, and Good Cause appearing, the COURT HEREBY ORDERS as follows:

1. The above-captioned action is dismissed in its entirety without prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear his/their own costs, fees, and expenses;
2. The above-captioned action is remanded to the Riverside Superior Court, Case No. CVRI2304710.

**IT IS SO ORDERED.**

Dated: December 14, 2023

HON. SUNSHINE S. SYKES
United States District Court Judge